DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIRK SCHUSTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3789

[July 12, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. 05019729 CF10A.

Dirk Schuster, Bushnell, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Matthew Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***